```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                        GAINESVILLE DIVISION
```

IN RE:                                   CASE NO. 07-10026-GVL1
                                         CHAPTER 13
DONALD W POUCHER
M. CAROL POUCHER

　　　　　　　　Debtor(s)　　　　　　　/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

　　1.　The Trustee has issued check(s) FOR: GE CONSUMER FINANCE which remains outstanding and uncleared.

　　2.　The Trustee has placed a Stop Payment Order with the bank on the check(s).

　　3.　The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385126 in the amount of 20.81 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| DONALD W POUCHER | GE CONSUMER FINANCE |
| M. CAROL POUCHER | P.O. BOX 960061 |
| 2935 NW 12TH PLACE | ORLANDO, FL 32896-0061 |
| GAINESVILLE, FL 32605 | |

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/29/2010 11:29 am / CR_213