UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

DONALD W POUCHER and
M. CAROL POUCHER,

Case No. 07-10026

Debtor(s) /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by American Property Locators, Inc. on behalf of GE Consumer Finance for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $383.21 be disbursed to GE Consumer Finance, Attn: Francisco Gonzalez, c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

DONE and ORDERED at Tallahassee, Florida, this 11th day of February, 2010.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
   GE Consumer Finance, Creditor
   Donald W. And M. Carol Poucher, Debtors
   Barbara A. Cusumano, Attorney for Debtor
   Leigh D. Hart, Trustee