**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                             CASE NO. 07-10026-GVL1
                                                   CHAPTER 13
DONALD W POUCHER
M. CAROL POUCHER

　　　　　Debtor(s)　　　　／

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

  1.  The Trustee has issued check(s) FOR: GE CONSUMER FINANCE which remains outstanding and uncleared.

  2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

  3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405154 in the amount of 20.81 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
DONALD W POUCHER              GE CONSUMER FINANCE
M. CAROL POUCHER              P.O. BOX 960061
2935 NW 12TH PLACE            ORLANDO, FL 32896-0061
GAINESVILLE,  FL  32605
</pre>

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
12/29/2010  1:18 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
</pre>