```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      GAINESVILLE DIVISION
```

IN RE:                                    CASE NO. 07-10026-GVL1
                                          CHAPTER 13
DONALD W POUCHER
M. CAROL POUCHER

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 408612 in the amount of 15.22 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DONALD W POUCHER
M. CAROL POUCHER
2935 NW 12TH PLACE
GAINESVILLE, FL 32605

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD
P.O. BOX 5010 SECT 230
CONCORD, CA 94524-0010

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

2/25/2011  1:41 pm / CR_213