```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      GAINESVILLE DIVISION
```

IN RE:                                  CASE NO. 07-10026-GVL1
                                        CHAPTER 13
DONALD W POUCHER
M. CAROL POUCHER

          _____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GE CONSUMER FINANCE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410388 in the amount of 20.81 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
DONALD W POUCHER              GE CONSUMER FINANCE
M. CAROL POUCHER              P.O. BOX 960061
2935 NW 12TH PLACE            ORLANDO, FL 32896-0061
GAINESVILLE, FL 32605

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
3/31/2011 12:50 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```