**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                              CASE NO. 07-10026-GVL1
                                                    CHAPTER 13
DONALD W POUCHER
M. CAROL POUCHER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

   1.   The Trustee has issued check(s) FOR: GE CONSUMER
FINANCE which remains outstanding and uncleared.

   2.   The Trustee has placed a Stop Payment Order with
the bank on the check(s).

   3.   The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE**, the Chapter 13 Trustee respectfully submits
her check number 413961 in the amount of 16.53 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DONALD W POUCHER            GE CONSUMER FINANCE
M. CAROL POUCHER            P.O. BOX 960061
2935 NW 12TH PLACE          ORLANDO, FL 32896-0061
GAINESVILLE,  FL  32605

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
5/31/2011  3:04 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE